IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 1:23-CR-0059-RDM |
| : | |
| **DUSTY ALLAN HIGGINS,** : | |
|     Defendant. : | |

## NOTICE OF APPEARANCE

COMES NOW,  Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Dusty Allan Higgins*,* *nunc pro tunc,* February 16, 2023, in the above-captioned criminal cause.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of March, 2023, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

_____
Allen H. Orenberg
