UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No. 23-cr-059 |
| **DUSTY ALLEN HIGGINS** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT AND MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, through undersigned counsel, provides a Joint Status Report and moves this Court to exclude the time between the July 10, 2023, Joint Status Report, and the next scheduled hearing date, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. The parties request that the Court set a change of plea hearing, coordinating with the parties to find an available date.

On March 21, 2023, the defendant entered a plea of not guilty, and the Court ordered the parties to file a Joint Status Report by June 20, 2023. The government sent the defendant its best plea offer on May 26, but the parties needed more time to discuss this offer. The Court continued the Joint Status Report deadline to July 10, 2023 to allow the parties time to complete plea negotiation. Mr. Higgins has since agreed to the plea offer, so the parties move the Court to schedule a change of plea hearing and exclude time under the Speedy Trial Act in the interim.

The Speedy Trial Act provides that any period of delay resulting from a continuance granted by a judge at the request of either party, shall be excluded in computing the time within which the trial must begin if the judge grants the continuance on the basis of findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Title 18, United States Code, Section 3161(h)(7)(B) sets out a list of factors which

the court shall consider in determining whether to grant the continuance based on the ends of justice. One factor, Title 18, United States Code, Section 3161(h)(7)(B)(i), is whether the failure to grant a request for continuance would result in a miscarriage of justice.

The government requests that the time between this Joint Status Report and the change of plea hearing be tolled, with no objection from counsel for the defendant.

## CONCLUSION

For the foregoing reasons the government asks that the Court schedule a change of plea hearing and toll under the Speedy Trial Act. The parties request that the Court provide available hearing dates starting in August so that it can schedule a date acceptable to both.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: */s/ Tighe R. Beach*
TIGHE R. BEACH
Assistant United States Attorney
CO Bar No. 55328
601 D Street NW
Washington, D.C. 20001
Tighe.beach@usdoj.gov
(240) 278-4348