IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 23-cr-00059 |
| v. | : | |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| Dusty Allen Higgins | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Dusty Allen Higgins, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt.

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

      4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

      5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

      6.      At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Dusty Higgins's Participation in the January 6, 2021 Capitol Riot*

8. The defendant, Dusty Higgins, joined a mob who marched onto the U.S. Capitol Building Grounds from the West.  The defendant wore camouflage body armor over a jacket with long white sleeves and either a red, white, and blue knit hat or baseball cap.  He climbed to the Upper West Terrace and entered the Capitol building through a broken window next to the Senate Wing Door at 2:23 p.m.  Below is a still image (Image 1) from a Capitol surveillance camera ("CCTV") of the defendant (circled in yellow) entering the Capitol:



*Image 1*

9. While inside, the defendant filmed a video where he can be heard chanting "USA!" At the end of the video, Higgins says "we will not be fucking stopped." Below is a still image from that video. Image 2.



*Image 2*

Page **4** of **8**

10. While in the Capitol, the defendant walked to the Crypt. He later sent this image from the Crypt to others on Instagram. Image 3.



*Image 3*

11. Around 2:48 p.m., the defendant exited the Capitol out of the other window next to the Senate Wing Door. He was in the Capitol Building for about twenty-five minutes. Below is a still image taken from CCTV of the defendant exiting. Image 4.



*Image 4*

12. On January 6 after the Capitol Riot ended, the defendant posted multiple Tik Tok videos and Twitter pictures of himself from the riot. In one video on his phone, the defendant stated: "We are at the Capitol. We just stormed it, but you can't get far when you are outgunned. We got pepper sprayed. We got gassed."

13. On January 19, 2021, special agents of the FBI interviewed the defendant. During this interview, the defendant stated that he listened to President Trump's speech. Prior to the speech ending, he started marching toward the Capitol Building. The defendant admitted that he entered the Capitol building through a broken window. He claimed that he walked around inside for about ten minutes before being ushered out of the building by police. During the interview, the defendant stated, "our constitution tells us that when we have a treasonous government they should be overthrown."

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Tighe R. Beach
Tighe R. Beach
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Dusty Allen Higgins, have read this Statement of the Offense and have discussed it with my attorney.  I fully understand this Statement of the Offense.  I agree and acknowledge by my signature that this Statement of the Offense is true and accurate.  I do this voluntarily and of my own free will.  No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date:_____           _____
                                 Dusty Allen Higgins
                                 Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully.  I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: _____          _____
                                 Allen Orenberg
                                 Attorney for Defendant